United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 03-10609
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAAKS ADJEI, also known as Godfrey Okofo
Asuamah, also known as Harry Kelly, also
known as Harry Hasford, also known as Harry
Ato, also known as Harry Van,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:03-CR-38-ALL-A
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, counsel appointed to represent Paaks Adjei on direct appeal, has filed a motion to withdraw and a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 744 (1967). Adjei has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.